1 LAWRENCE G. BROWN
United States Attorney
2 DEANNA L. MARTINEZ
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff

7

8 IN THE UNITED STATES DISTRICT COURT FOR THE

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   1:09-cv-01583-LJO-SMS
                                       )
12          Plaintiff,                 )   **APPLICATION AND ORDER FOR**
                                       )   **PUBLICATION**
13     v.                              )
                                       )
14 APPROXIMATELY $81,915.00 IN U.S.    )
   CURRENCY SEIZED FROM US             )
15 BANCORP INVESTMENTS ACCOUNT         )
   #23475254, HELD IN THE NAME OF      )
16 RAYMOND D. MENDOSA, JR.,            )
                                       )
17 APPROXIMATELY $52,924.11 IN U.S.    )
   CURRENCY SEIZED FROM GUARANTY       )
18 BANK ACCOUNT #4440144402, HELD IN   )
   THE NAME OF RAYMOND D.              )
19 MENDOSA, SR. AND JOYCE MENDOSA,     )
                                       )
20 APPROXIMATELY $2,725.77 IN U.S.     )
   CURRENCY SEIZED FROM US BANK        )
21 ACCOUNT #153457386065, HELD IN THE  )
   NAME OF RAYMOND D. MENDOSA, JR.,    )
22 and                                 )
                                       )
23 APPROXIMATELY $4,691.00 IN U.S.     )
   CURRENCY,                           )
24                                     )
            Defendants.                )
25 _____)

26 ///

27 ///

28 ///

APPLICATION AND ORDER FOR PUBLICATION

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendants approximately $81,915.00 in U.S. Currency seized from US Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr., approximately $52,924.11 in U.S. Currency seized from Guaranty Bank Account #4440144402, held in the name of Raymond D. Mendosa, Sr. and Joyce Mendosa, approximately $2,725.77 in U.S. Currency seized from US Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr., and approximately $4,691.00 in U.S. Currency (hereafter collectively "defendant funds") were seized in the city of Turlock, Stanislaus County, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendants approximately $52,924.11 in U.S. Currency seized from Guaranty Bank Account #4440144402, held in the name of Raymond D. Mendosa, Sr. and Joyce Mendosa, approximately $2,725.77 in U.S. Currency seized from US Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr., and approximately $4,691.00 in U.S. Currency on June 8, 15, and 22, 2009, in the *Wall Street Journal*, and the defendant approximately $81,915.00 in U.S. Currency seized from US Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr. on June 15, 22, and 29, 2009, in the *Wall Street Journal*.

4.  Plaintiff proposes that publication be made as follows:

    a.  One publication;
    b.  Thirty (30) consecutive days;
    c.  On the official internet government forfeiture site www.forfeiture.gov;
    d.  The publication is to include the following:

        (1) The Court and case number of the action;

(2) The date of the seizure/posting;

(3) The identity and/or description of the property seized/posted;

(4) The name and address of the attorney for the Plaintiff;

(5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: September 4, 2009          LAWRENCE G. BROWN
                                  United States Attorney


                                   /s/ Deanna L. Martinez
                                  DEANNA L. MARTINEZ
                                  Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:   September 15, 2009**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE