LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $81,915.00 IN U.S. CURRENCY SEIZED FROM US BANCORP INVESTMENTS ACCOUNT #23475254, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR.,<br><br>APPROXIMATELY $52,924.11 IN U.S. CURRENCY SEIZED FROM GUARANTY BANK ACCOUNT #4440144402, HELD IN THE NAME OF RAYMOND D. MENDOSA, SR. AND JOYCE MENDOSA,<br><br>APPROXIMATELY $2,725.77 IN U.S. CURRENCY SEIZED FROM US BANK ACCOUNT #153457386065, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., and<br><br>APPROXIMATELY $4,691.00 IN U.S. CURRENCY,<br><br>Defendants. | 1:09-CV-01583-LJO-SMS<br><br>*EX PARTE* ORDER APPOINTING US BANCORP AS CUSTODIAN FOR INVESTMENT ACCOUNT NUMBER 23475254 |

The United States of America has applied to this Court for an Order designating US Bancorp as the temporary custodian of US Bancorp Investments Account Number 23475254 in the name of Raymond D. Mendosa, Jr. until further Order of the Court. Upon consideration of the application

1  and the entire record herein,

2  IT IS HEREBY ORDERED that US Bancorp Investments and specifically the branch located
3  at 427 E. Olive Avenue in Turlock, Stanislaus County, California is designated the custodian of US
4  Bancorp Investment Account Number 23475254 in the name of Raymond D. Mendosa, Jr.  US
5  Bancorp Investments shall continue to maintain custody of the account as they are currently doing
6  pursuant to the seizure warrant executed April 15, 2009, until further Order of this Court.

IT IS SO ORDERED.

**Dated:  June 4, 2010**                             **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE