BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01583-LJO-SMS |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON** |
| v. | |
| APPROXIMATELY $81,915.00 IN U.S. CURRENCY SEIZED FROM US BANCORP INVESTMENTS ACCOUNT #23475254, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., | |
| APPROXIMATELY $52,924.11 IN U.S. CURRENCY SEIZED FROM GUARANTY BANK ACCOUNT #4440144402, HELD IN THE NAME OF RAYMOND D. MENDOSA, SR. AND JOYCE MENDOSA, | |
| APPROXIMATELY $2,725.77 IN U.S. CURRENCY SEIZED FROM US BANK ACCOUNT #153457386065, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., and | |
| APPROXIMATELY $4,691.00 IN U.S. CURRENCY, | |
| Defendants. | |

Claimants Raymond D. Mendosa, Jr., Raymond D. Mendosa, Sr., Joyce Mendosa and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1.   This stipulation is executed by all parties who have appeared in and are affected by this action.

2.   The parties are requesting an extension of the discovery dates set out in the Scheduling Order issued by the Court on January 15, 2010, due to the press of business and the parties' recent attempts to settle this case. Since the time of the initial scheduling conference, counsel has engaged in written discovery and settlement negotiations. The parties have not yet resolved this matter however, settlement appears hopeful. In the event that settlement is not reached, and the parties are required to move forward with discovery, the parties are requesting additional time to take depositions, in addition to pressing business on other cases.

3.   The following dates are agreed to by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| **Discovery Deadlines** | | |
| Non-Expert | August 20, 2010 | October 22, 2010 |
| Expert Disclosure | November 12, 2010 | January 7, 2011 |
| **Motion Deadlines** | | |
| Non-dispositive Motion Filing | December 10, 2010 | February 4, 2011 |
| Dispositive Motion Filing | December 10, 2010 | February 4, 2011 |
| Pre-Trial Conference before Judge O'Neill | March 21, 2011 | April 25, 2011 at 8:30 a.m. |
| Bench Trial before Judge O'Neill | June 13, 2011 | June 13, 2011 at 8:30 a.m. |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: August 27, 2010         /s/ Deanna L. Martinez
                              DEANNA L. MARTINEZ
                              Assistant United States Attorney

1  Date: August 27, 2010                              /s/ Preciliano Martinez
                                                      PRECILIANO MARTINEZ
2                                                     Attorney for Claimants
                                                      Raymond D. Mendosa, Jr., Raymond D.
3                                                     Mendosa, Sr., and Joyce Mendosa
                                                      (Original signature retained by attorney)

6                          **ORDER**

7     Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED

8  that the current Scheduling Order dates are vacated in favor of the new dates listed above.

11 IT IS SO ORDERED.

12 **Dated:   August 31, 2010**                          /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE