1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              )  1:09-CV-01583-LJO-SMS
                                           )
12 |          Plaintiff,                    )  ***SECOND* STIPULATION TO CONTINUE
                                           )  DISCOVERY DATES AND ORDER
13 |     v.                                 )  THEREON
                                           )
14 | APPROXIMATELY $81,915.00 IN U.S.       )
     CURRENCY SEIZED FROM US               )
15 | BANCORP INVESTMENTS ACCOUNT           )
     #23475254, HELD IN THE NAME OF        )
16 | RAYMOND D. MENDOSA, JR.,              )
                                           )
17 | APPROXIMATELY $52,924.11 IN U.S.       )
     CURRENCY SEIZED FROM GUARANTY         )
18 | BANK ACCOUNT #4440144402, HELD IN     )
     THE NAME OF RAYMOND D.                )
19 | MENDOSA, SR. AND JOYCE MENDOSA,       )
                                           )
20 | APPROXIMATELY $2,725.77 IN U.S.        )
     CURRENCY SEIZED FROM US BANK          )
21 | ACCOUNT #153457386065, HELD IN THE    )
     NAME OF RAYMOND D. MENDOSA, JR.,      )
22 | and                                   )
                                           )
23 | APPROXIMATELY $4,691.00 IN U.S.        )
     CURRENCY,                             )
24 |                                       )
              Defendants.                  )
25 | _____)

26         Claimants Raymond D. Mendosa, Jr., Raymond D. Mendosa, Sr., Joyce Mendosa and

27 plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as

28 follows:

---

*SECOND* STIPULATION TO CONTINUE DISCOVERY DATES
AND ORDER THEREON

1    1.    This stipulation is executed by all parties who have appeared in and are affected by

2  this action.

3    2.    The parties are requesting a further extension of the discovery dates set out in the

4  September 2, 2010, Order extending discovery dates (Doc. 23).  Claimant Raymond D. Mendosa,

5  Jr. is currently in transport to the Herlong, California facility per the Bureau of Prisons and has been

6  unable to participate in settlement negotiations. Further, it is undetermined when Claimant Raymond

7  D. Mendosa, Jr. is expected to arrive at the facility to participate in discovery and settlement

8  negotiations.

9    3.    Accordingly, to allow for Claimant Raymond D. Mendosa, Jr.'s participation in

10  settlement negotiations and discovery, the following dates are agreed to by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| **Discovery Deadlines** | | |
| Non-Expert | October 22, 2010 | January 20, 2011 |
| Expert Disclosure | January 7, 2011 | April 7, 2011 |
| **Motion Deadlines** | | |
| Non-dispositive Motion Filing | February 4, 2011 | May 5, 2011 |
| Dispositive Motion Filing | February 4, 2011 | May 5, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: September 3, 2010        /s/ Deanna L. Martinez
                               DEANNA L. MARTINEZ
                               Assistant United States Attorney

Date: September 3, 2010        /s/ Preciliano Martinez
                               PRECILIANO MARTINEZ
                               Attorney for Claimants
                               Raymond D. Mendosa, Jr., Raymond D.
                               Mendosa, Sr., and Joyce Mendosa

///

///

*SECOND* STIPULATION TO CONTINUE DISCOVERY DATES
AND ORDER THEREON                                  2

1

**ORDER**

2        Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED

3    that the current Scheduling Order dates are vacated in favor of the new dates listed above.

4

5

6

IT IS SO ORDERED.

7

**Dated:    September 7, 2010**                          **/s/ Sandra M. Snyder**

8                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28