UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>APPROXIMATELY $81,915 IN<br>U.S. CURRENCY, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 09-1583 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 26.) |

　　　Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 7, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　This Court VACATES all pending dates and matters, including the April 25, 2011 pretrial conference and June 13, 2011 trial.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:　November 5, 2010**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE