```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DEANNA L. MARTINEZ
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01583-LJO-SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $81,915.00 IN U.S. CURRENCY SEIZED FROM US BANCORP INVESTMENTS ACCOUNT #23475254, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., | |
| APPROXIMATELY $52,924.11 IN U.S. CURRENCY SEIZED FROM GUARANTY BANK ACCOUNT #4440144402, HELD IN THE NAME OF RAYMOND D. MENDOSA, SR. AND JOYCE MENDOSA, | |
| APPROXIMATELY $2,725.77 IN U.S. CURRENCY SEIZED FROM US BANK ACCOUNT #153457386065, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., and | |
| APPROXIMATELY $4,691.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.   This is a civil forfeiture action against defendants approximately $81,915.00 in U.S. Currency seized on April 15, 2009, from US Bancorp Investments Account #23475254, held in the

1  name of Raymond D. Mendosa, Jr.; approximately $52,924.11 in U.S. Currency seized on April 13,
2  2009, from Guaranty Bank Account #4440144402, held in the name of Raymond D. Mendosa, Sr.
3  and Joyce Mendosa; approximately $2,725.77 in U.S. Currency seized on April 15, 2009, from US
4  Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr.; and, approximately
5  $4,691.00 in U.S. Currency (hereafter "defendant funds").

6        2.     A Verified Complaint for Forfeiture *In Rem* was filed on September 4, 2009, seeking
7  the forfeiture of the defendant funds, alleging the defendant funds are subject to forfeiture to the
8  United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant funds constitutes
9  moneys or other things of value furnished or intended to be furnished in exchange for a controlled
10 substance or listed chemical, all proceeds traceable to such an exchange and/or were used or intended
11 to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

12       3.     On June 17, 2010, in accordance with the Complaint, a Warrant for Arrest of Articles
13 *In Rem* for the defendant funds was issued and duly executed on defendants approximately
14 $52,924.11 in U.S. Currency seized on April 13, 2009, from Guaranty Bank Account #4440144402,
15 held in the name of Raymond D. Mendosa, Sr. and Joyce Mendosa; approximately $2,725.77 in U.S.
16 Currency seized on April 15, 2009, from US Bank Account #153457386065, held in the name of
17 Raymond D. Mendosa, Jr.; and, approximately $4,691.00 in U.S. Currency on September 22, 2009
18 and on the defendant approximately $81,915.00 in U.S. Currency seized on April 15, 2009, from US
19 Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr. on July
20 7, 2010.

21       4.     Beginning on September 24, 2009, for at least 30 consecutive days, the United States
22 published notice of this action on the official government forfeiture site www.forfeiture.gov.

23       5.     In addition to the publication of the forfeiture action, actual notice was made or
24 attempted upon Raymond D. Mendosa, Jr., Joyce Mendosa, and Raymond D. Mendosa, Sr. To date,
25 only Raymond D. Mendosa, Jr., Joyce Mendosa, and Raymond D. Mendosa, Sr. have filed claims
26 and answers to this action. No other parties have filed claims or answers in this matter, and the time
27 for which any person or entity may file a claim and answer has expired.
28 ///

6. Claimant Raymond D. Mendosa, Jr. represents and warrants that he is the sole owner of the defendants approximately $81,915.00 in U.S. Currency seized from US Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr., approximately $2,725.77 in U.S. Currency seized from US Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr., and approximately $4,691.00 in U.S. Currency. Claimants Joyce Mendosa and Raymond D. Mendosa, Sr. represent and warrant that they are the sole owners of the defendant approximately $52,924.11 in U.S. Currency seized from Guaranty Bank Account #4440144402, held in the names of Raymond D. Mendosa, Sr. and Joyce Mendosa.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Raymond D. Mendosa, Jr., Joyce Mendosa, Raymond D. Mendosa, Sr., and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $40,957.50 of the defendant approximately $81,915.00 in U.S. Currency seized from US Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr.; $1,362.89 of the defendant approximately $2,725.77 in U.S. Currency seized from US Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr.; and, $2,345.50 of the defendant approximately $4,691.00 in U.S. Currency, together with any interest that may have accrued on the full $81,915.00, $2,725.77, and $4,691.00 amounts, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $40,957.50 of the defendant approximately $81,915.00 in U.S. Currency seized from US Bancorp Investments Account #23475254, held in the name of Raymond D. Mendosa, Jr.; $1,362.88 of the defendant approximately $2,725.77 in U.S. Currency seized from US Bank Account #153457386065, held in the name of Raymond D. Mendosa, Jr.; and, $2,345.50 of the defendant approximately $4,691.00 in U.S. Currency shall be returned to Claimant Raymond D. Mendosa, Jr.

through his attorney Preciliano Martinez at 801 15th Street, Suite F, Modesto, CA 95354.

    5.    Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, the defendant approximately $52,924.11 in U.S. Currency seized from Guaranty Bank Account #4440144402, held in the names of Raymond D. Mendosa, Sr. and Joyce Mendosa shall be returned to Claimants Joyce Mendosa and Raymond D. Mendosa, Sr. through their attorney Preciliano Martinez at 801 15th Street, Suite F, Modesto, CA 95354.

    6.    Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties to this stipulation agree to waive the provisions of California Civil Code § 1542.

    7.    Claimants Raymond D. Mendosa, Jr., Joyce Mendosa, and Raymond D. Mendosa, Sr. hereby waive any and all claim or right to interest that may have accrued on the defendant funds, or any portion thereof.

    8.    There was reasonable cause for the seizure and arrest of the defendant funds and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

    9.    All parties will bear their own costs and attorneys' fees.

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 4, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant funds.

### **ORDER**

This Court ENTERS the Judgment and a Certificate of Reasonable Cause on the terms set forth above.

IT IS SO ORDERED.

Dated:     December 2, 2010                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE