| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KELLI L. TAYLOR |
| | Assistant U.S. Attorney |
| 3 | United States Courthouse |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | |
| 6 | Attorneys for Plaintiff the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-01583-LJO-SMS |
| Plaintiff, | ) | **STIPULATION AND ORDER TO LIQUIDATE US BANCORP INVESTMENTS ACCOUNT NUMBER 23475254** |
| v. | ) | |
| APPROXIMATELY $81,915.00 IN U.S. CURRENCY SEIZED FROM US BANCORP INVESTMENTS ACCOUNT #23475254, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., | ) | |
| APPROXIMATELY $52,924.11 IN U.S. CURRENCY SEIZED FROM GUARANTY BANK ACCOUNT #4440144402, HELD IN THE NAME OF RAYMOND D. MENDOSA, SR. AND JOYCE MENDOSA, | ) | |
| APPROXIMATELY $2,725.77 IN U.S. CURRENCY SEIZED FROM US BANK ACCOUNT #153457386065, HELD IN THE NAME OF RAYMOND D. MENDOSA, JR., and | ) | |
| APPROXIMATELY $4,691.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

The United States of America ("the United States") and claimant, Raymond D. Mendosa, Jr., by and through his attorney of record, submit the following stipulation and proposed order to liquidate the contents of US Bancorp Investments Account No. 23475254, held in the name of

Raymond D. Mendosa, Jr. (hereafter "investment account") and transfer the contents to the U. S. Marshals Service for deposit into an interest bearing account for disposal pursuant to the Final Judgment of Forfeiture entered by this Court on December 2, 2010.

## BACKGROUND

The United States filed a complaint for forfeiture on September 4, 2009, alleging that the subject investment account is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). Accordingly, on June 22, 2010, the investment account was arrested by the United States Marshals Service pursuant to a Warrant for Arrest for Articles *In Rem* executed at US Bancorp Investments located at 427 E. Olive Avenue in Turlock, California. The investment account remains in the custody of US Bancorp Investments. Pursuant to an *ex parte* order filed June 4, 2010, US Bancorp Investments has been ordered to hold the account in this manner pursuant to the seizure warrant executed by the Drug Enforcement Administration on April 15, 2009, or until further order of the Court.[1] On October 23, 2008, Raymond D. Mendosa, Jr. was indicted in the underlying criminal action of *U.S. v. Raymond D. Mendosa, Jr.*, et al., 1:09-CR-00157-LJO which resolved with Mendosa's sentencing on June 18, 2010.

Pursuant to the Stipulation for Final Judgment of Forfeiture filed December 1, 2010, and the Final Judgment of Forfeiture entered on December 2, 2010, the parties stipulate and agree to liquidate the investment account and thereafter transfer the contents to the U.S. Marshal to be disposed of pursuant to the judgment.

Accordingly, the United States and claimant, Raymond D. Mendosa, Jr., by and through his attorney of record, HEREBY STIPULATE that the investment account be liquidated and that the

///

///

///

---

[1] Investment accounts targeted for forfeiture will usually be restrained in place by the Department of Justice in order to preserve the status quo thereby allowing the account to remain as an investment account during the pendency of the action as opposed to seizing the cash value at the time of the warrant. This policy maintains the status quo for the benefit of all parties.

STIPULATION AND [PROPOSED] ORDER TO LIQUIDATE
US BANCORP INVESTMENTS ACCOUNT NUMBER 23475254        2

contents of the investment account be sent by certified check to the U.S. Marshals Service, Att: Nancy Bloor, 501 I Street, Suite 5600, Sacramento, California, 95814, to be deposited in an interest bearing account for disposal pursuant to the Final Judgment of Forfeiture.

Dated:  January 10, 2011            BENJAMIN B. WAGNER
                                               United States Attorney

                                                /s/ Kelli L. Taylor
                                               KELLI L. TAYLOR
                                               Assistant U.S. Attorney

Dated:  January 6, 2011             /s/ Preciliano Martinez
                                               PRECILIANO MARTINEZ
                                               Attorney for Claimant Raymond D. Mendosa, Jr.
                                               (Original signature retained by attorney)

                                            IT IS SO ORDERED.

**Dated:   January 11, 2011**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE